# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

Pinnacle Grading, LLC,

Debtor.

Case No : BK-S-09-14887 LBR

Chapter 11

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 6

MOHAVE COUNTY TREASURER hereby withdraws its proof of claim, designated as Claim No 6 in the amount of $834.23, filed in the above-captioned case.

Dated: Oct 27, 2009

_____
(signature)
By: DOLORES MILKIE (print name)
Its: MOHAVE COUNTY ATTORNEY DEPUTY (title)

73203-002\DOCS_SF:67977 1