1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

Pinnacle Grading, LLC,

                    Debtor.

Case No.: BK-S-09-14887 LBR

Chapter 11

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 7**

PRAXAIR hereby withdraws its proof of claim, designated as Claim No. 7 in the amount of $625.99 filed in the above-captioned case.

Dated: 10-26- , 2009

By: _____ (signature)

Don Cameron          (print name)
Branch MGR.          (title)

73203-002\DOCS_SF:67272.1